Argued and submitted September 17, judgment modified October 1, 1986

In the Matter of the Marriage of

## McBRIDE,
*Respondent,*
*and*

## McBRIDE,
*Appellant.*

(85-222-DI; CA A37270)

725 P2d 1296

George W. Kelly, Eugene, argued the cause and filed the brief for appellant.

No appearance for respondent.

Before Warden, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

**PER CURIAM**

This is a dissolution appeal involving spousal support. *See* ORS 107.105(1)(c). On *de novo* review, we determine that the judgment should be modified to provide that wife pay husband spousal support in the amount of $350.00 monthly for a period of five years from the date of the original judgment. No costs or attorney fees to either party.

Judgment modified. No costs to either party.